UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:25-cr-88

vs.

QUISHANN COBB, *et al.*, District Judge Michael J. Newman

Defendants.

---

**ORDER: (1) VACATING THE PRELIMINARY PRETRIAL ORDER (Doc. No. 26); (2) SETTING CASE DATES AND DEADLINES; AND (3) TERMINATING AS MOOT DEFENDANT'S MOTION TO CONTINUE (Doc. No. 31)**

---

This criminal case, previously before United States District Judge Walter H. Rice, is now before the Court following reassignment. *See* Doc. No. 29. On July 23, 2026, Judge Rice issued a preliminary pretrial Order setting dates in this case, including a trial date of September 23, 2026. Doc. No. 26. That Order also noted a Speedy Trial Act deadline of September 24, 2026. *Id*. On September 1, 2026, Defendant Tyisha Seke, through counsel, filed a motion to continue the trial date, to which the Government did not oppose. Doc. No. 31.

Since the issuance of the July 23, 2026 preliminary pretrial Order, the final Defendant was arraigned on September 8, 2026. During a September 16, 2026 telephone conference, counsel for all parties reported that, as a result, the Speedy Trial Act deadline in this case is now **November 16, 2026**[1] and also agreed to a new trial date of November 9, 2026.

Accordingly, the Court **VACATES** the previous preliminary pretrial Order in this case, and **SETS** the following schedule:

| | |
|---|---|
| Discovery deadline: | **October 2, 2026** |

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.

| | |
|---|---|
| Motion filing deadline: | **October 23, 2026** |
| Status report deadline: | **October 26, 2026** |
| Final pretrial conference: | **November 2, 2026 at 2:30 pm** |
| Jury trial: | **November 9, 2026 at 9:30 am** |

In light of the new schedule in this case, Defendant's motion to continue (Doc. No. 31) is **TERMINATED AS MOOT**. The Court is amenable to extending the deadlines set herein upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

September 16, 2026

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge